396 A.2d 846

Vankirk v. Garber, Appellant.

Argued October 25, 1978.   Bernard J. McAuley, for appellant;   Rex Downie, Jr., for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment affirmed.

396 A.2d 847

Weekley v. Dravo Corporation, Appellant.

Argued October 26, 1978. Bruce R. Martin, for appellant;   Thomas Hollander, for appellee.

Before PRICE, HESTER and LIPEZ, JJ.

Judgment affirmed.